### 18018.  MARSHALL *v.* THE STATE.

LUKE, J.  A conviction of possessing whisky was authorized by the evidence, which shows that whisky was found in the home which defendant with his family occupied, and that he was in the room where it was found. The verdict was approved by the trial judge, and this court will not interfere therewith.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 11, 1927.

Possessing intoxicating liquor; from city court of Valdosta— Judge Cranford. February 12, 1927.

*W. E. Perry,* for plaintiff in error.

*R. G. Dickerson, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 271, n. 41.
Intoxicating Liquors, 33 C. J. p. 761, n. 53; p. 762, n. 57.